186 So. 913

**J. B. McCRARY CO. Inc. v. TOWN OF ASHLAND et al.**

**7 Div. 536.**

Supreme Court of Alabama.

Jan. 12, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.

186 So. 914

**J. B. McCRARY CO., Inc., v. TOWN OF CENTER et al.**

**7 Div. 532.**

Supreme Court of Alabama.

Jan. 12, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.

188 So. 921

**J. B. McCRAY CO. v. TOWN OF HAMILTON et al.**

**6 Div. 388.**

Supreme Court of Alabama.

April 20, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.

186 So. 913

**Ex parte Oscar S. LEWIS, an Attorney.**

**4 Div. 49.**

Supreme Court of Alabama.

Jan. 31, 1939.

Rehearing Denied Feb. 21, 1939.

W. L. Lee, of Dothan, Powell & Powell, of Tuskeegee, and Sollie & Sollie, of Ozark, for petitioner.

Geo. R. Stuart, of Birmingham, for respondent.

PER CURIAM.

Petition denied; and the judgment of the Board of Commissioners of the State Bar is affirmed.

All Justices concur, except FOSTER, J., who dissents and thinks the charges should be dismissed.

186 So. 913

**Harlan LEWIS v. STATE ex rel. K. V. FITE, Dept. Sol.**

**6 Div. 418.**

Supreme Court of Alabama.

Jan. 12, 1939.

Fred Jones, of Hamilton, for appellant.

Still Hunter, Solicitor, of Jasper, and K. V. Fite, Deputy Solicitor, of Hamilton, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.